UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DOUG FREDERICK AS PERSONAL REPRESENTATIVE OF THE ESTATE OF EDELTRAUD KRON,<br><br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS PARTNERS, LLC DOING BUSINESS AS CANYON CREEK MEMORY CARE,<br><br>Defendant. | Case No. CV-21-07 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of defendants Billings Partners, LLC, *doing business as* Canyon Creek Memory Care and against plaintiffs as stated in the Court's Order E.C.F. 51 filed March 17th, 2023.

Dated this 17th day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk